Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-355

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Trust |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1992 |
| **Date of 1st Publication:** | January 05, 1992 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Laurie Snow Hein |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laurie Snow Hein |
| | 14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laurie Snow Hein |
| **Email:** | artistlsh@gmail.com |
| **Address:** | 14494 Peace River Way |
| | Palm Beach Gardens, FL 33418 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 10, 2024 |
| **Applicant's Tracking Number:** | LH2024041015 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-975

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Horse Kisses

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** January 05, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie Snow Hein
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:** Laurie Snow Hein
**Email:** artistlsh@gmail.com
**Address:** 14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:** David Denholm
**Date:** April 10, 2024
**Applicant's Tracking Number:** LH2024041006



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-404-083

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 18, 2024

---

## Title

**Title of Work:** Kentucky Derby Ladies

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** January 05, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie Snow Hein
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:** Laurie Snow Hein
**Email:** artistlsh@gmail.com
**Address:** 14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:** David Denholm
**Date:** April 10, 2024
**Applicant's Tracking Number:** LH2024041008

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-567

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** Boca Garden Walkway

## Completion/Publication

**Year of Completion:** 1996
**Date of 1st Publication:** January 05, 1996
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie Snow Hein
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:** Laurie Snow Hein
**Email:** artistlsh@gmail.com
**Address:** 14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:** David Denholm
**Date:** April 10, 2024
**Applicant's Tracking Number:** LH2024041002



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-088

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 18, 2024

---

## Title

**Title of Work:** Mother's Day Beach

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 05, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie Snow Hein
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:** Laurie Snow Hein
**Email:** artistlsh@gmail.com
**Address:** 14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:** David Denholm
**Date:** April 10, 2024
**Applicant's Tracking Number:** LH2024041010

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-220

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | View for Two |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | May 01, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Laurie Snow Hein |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laurie Snow Hein |
| | 14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laurie Snow Hein |
| **Email:** | artistlsh@gmail.com |
| **Address:** | 14494 Peace River Way |
| | Palm Beach Gardens, FL 33418 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 10, 2024 |
| **Applicant's Tracking Number:** | LH2024041016 |



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-404-216

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 19, 2024

## Title
| | |
|---|---|
| **Title of Work:** | Taking it easy |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 1995 |
| **Date of 1st Publication:** | January 05, 1995 |
| **Nation of 1st Publication:** | United States |

## Author
| | |
|---|---|
| • **Author:** | Laurie Snow Hein |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Laurie Snow Hein |
| | 14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Laurie Snow Hein |
| **Email:** | artistlsh@gmail.com |
| **Address:** | 14494 Peace River Way |
| | Palm Beach Gardens, FL 33418 United States |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date**: | April 10, 2024 |
| **Applicant's Tracking Number**: | LH2024041013 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-404-081**

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 18, 2024

---

## Title
      **Title of Work:** Ibis trio

## Completion/Publication
      **Year of Completion:** 2010
      **Date of 1st Publication:** January 05, 2010
      **Nation of 1st Publication:** United States

## Author
      • **Author:** Laurie Snow Hein
      **Author Created:** 2-D artwork
      **Citizen of:** United States

## Copyright Claimant
      **Copyright Claimant:** Laurie Snow Hein
      14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions
      **Name:** Laurie Snow Hein
      **Email:** artistlsh@gmail.com
      **Address:** 14494 Peace River Way
      Palm Beach Gardens, FL 33418 United States

## Certification
      **Name:** David Denholm
      **Date:** April 10, 2024
      **Applicant's Tracking Number:** LH2024041007



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-639

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Let's Play |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1992 |
| **Date of 1st Publication:** | January 05, 1992 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Laurie Snow Hein |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Laurie Snow Hein |
| | 14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Laurie Snow Hein |
| **Email:** | artistlsh@gmail.com |
| **Address:** | 14494 Peace River Way |
| | Palm Beach Gardens, FL 33418 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 10, 2024 |
| **Applicant's Tracking Number:** | LH2024041009 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-404-089**

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 18, 2024

---

## Title

**Title of Work:** Running Free

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** January 05, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie Snow Hein
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:** Laurie Snow Hein
**Email:** artistlsh@gmail.com
**Address:** 14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:** David Denholm
**Date:** April 10, 2024
**Applicant's Tracking Number:** LH2024041011



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-368

**Effective Date of Registration:**
April 16, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** Sea Oat Path

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 05, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie Snow Hein
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:** Laurie Snow Hein
**Email:** artistlsh@gmail.com
**Address:** 14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:** David Denholm
**Date:** April 16, 2024
**Applicant's Tracking Number:** LH2024041601



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-834

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:**   Blue Heron Left

## Completion/Publication

**Year of Completion:**   1997
**Date of 1st Publication:**   January 05, 1997
**Nation of 1st Publication:**   United States

## Author

· **Author:**   Laurie Snow Hein
**Author Created:**   2-D artwork
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:**   Laurie Snow Hein
**Email:**   artistlsh@gmail.com
**Address:**   14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:**   David Denholm
**Date:**   April 10, 2024
**Applicant's Tracking Number:**   LH2024041001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-896

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Dove Angel

## Completion/Publication

**Year of Completion:** 1994
**Date of 1st Publication:** January 05, 1994
**Nation of 1st Publication:** United States

## Author

- **Author:** Laurie Snow Hein
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Laurie Snow Hein
14494 Peace River Way, Palm Beach Gardens, FL, 33418, United States

## Rights and Permissions

**Name:** Laurie Snow Hein
**Email:** artistlsh@gmail.com
**Address:** 14494 Peace River Way
Palm Beach Gardens, FL 33418 United States

## Certification

**Name:** David Denholm
**Date:** April 10, 2024
**Applicant's Tracking Number:** LH2024041005

Page 1 of 2

